UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Rice, Sean Ian | Docket No. | 0980 2:22CR00101-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sean Ian Rice, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian sitting in the court at Yakima, Washington, on the 3rd day of November 2024, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned manner.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 4, 2022, a U.S. pretrial services officer reviewed the conditions of pretrial release supervision with Mr. Rice. Mr. Rice acknowledged an understanding of the conditions at that time.

**Violation #1:** It is alleged that Mr. Rice violated the conditions of his pretrial release by committing the criminal offense of third degree theft on or about January 10, 2024, and by failing to advise his supervising pretrial services officer within 1 business day of contact he had with law enforcement on January 12, 2024.

Specifically, per Moses Lake Police Department (MLPD) incident report 24ML00551, on January 12, 2024, a MLPD officer was dispatched to a local grocery store in response to a theft. The MLPD officer met with the store manager and was informed a male later identified as Mr. Rice was present in the store and he had stolen items from the store on January 10, 2024, and he wanted to pursue charges and have him trespassed. Mr. Rice was subsequently contacted with various items by the exit he used when he left the store on January 10, 2024, without paying for those items. Mr. Rice was advised of his Miranda Rights and he informed the MLPD officer he did not want to talk to him.

Mr. Rice was taken to the manager's office in which he was provided a form indicating he was trespassed from the store and the MLPD officer was shown the video of Mr. Rice walking past the registers with an arm full of items out the door, and a receipt of the items taken was provided, totaling $38.20. While Mr. Rice was with the MLPD officer it was noted that his wallet was searched and a federal probation officer's business card was in his wallet. The MLPD officer noted that Mr. Rice verified he was on federal supervision, but declined to say what for. Furthermore, the MLPD officer suggested that Mr. Rice call his supervising probation officer to explain the circumstances, but Mr. Rice declined to do so.

On February 28, 2024, the undersigned became aware that Mr. Rice may have had recent law enforcement contact and he was contacted by the undersigned via telephone. It was at that time Mr. Rice adamantly denied any recent law enforcement contact to the undersigned. On February 29, 2024, the undersigned received the aforementioned incident report 24ML00551 and Mr. Rice was once again contacted via telephone. Mr. Rice initially denied any type of law enforcement contact, but upon being confronted with specific information, he informed the undersigned that he had forgot about this incident due to being busy with work and apologized for failing to report this information.

PRAYING THAT THE COURT WILL ORDER A WARRANT

PS-8
**Re: Rice, Sean Ian**
**March 1, 2024**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 1, 2024

by s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/1/2024
Date